## FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style Securities and Exchange Commission v. Parish et al

Dist. Ct. No. 2:07-cv-00919-DCN          District  South Carolina, Charleston Division

Date Notice of Appeal filed  03/08/10          Court of Appeals No.  10-1284

Name of Court Reporter/Electronic Rec. (use separate form for each reporter)  Amy Diaz

Address of Reporter  **United States District Court, 85 Broad Street, Charleston, SC  29401**

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that a CJA 24 Form has been submitted to the district court for approval. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial), suppression, and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A.  This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

|   | PROCEEDING | HEARING DATE(S) |
|---|---|---|
| ☐ | Voir Dire | |
| ☐ | Opening Statement (Plaintiff) | |
| ☐ | Opening Statement (Defendant) | |
| ☐ | Closing Argument (Plaintiff) | |
| ☐ | Closing Argument (Defendant) | |
| ☐ | Opinion of Court | |
| ☐ | Jury Instructions | |
| ☐ | Sentencing | |
| ☐ | Bail Hearing | |
| ☐ | Pre-Trial Proceedings (specify) | |
| ☐ | Testimony (specify) | |
| ☑ | Other (specify) Complete Hearing Transcript | July 1, 2009 |

TOTAL ESTIMATED PAGES     70

B.  I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.

☐  Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
☐  Criminal Justice Act. A CJA 24 Form has been submitted to the district court and a copy is attached.
☐  Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
☒  Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
☐  Federal Public Defender - no CJA 24 Form necessary.
☐  United States appeal - copy of litigation expense form attached, if applicable.

Signature _____     Typed name  John A. Massalon

Address  134 Meeting Street, Suite 100, Charleston, SC 29401

Email  jmassalon@wmalaw.net          Telephone No. (843) 727-1144

Date Sent to Reporter _____