FILED: April 16, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 10-1284
(2:07-cv-00919-DCN)

_____

SECURITIES & EXCHANGE COMMISSION

    Plaintiff - Appellee

v.

ALBERT E. PARISH, JR.; PARISH ECONOMICS LLC; SUMMERVILLE HARD ASSETS LLC

    Defendants

BANK OF AMERICA NA

    Creditor

 and

LEONARD FORREST

    Intervenor - Appellant

v.

S GREGORY HAYS, RECEIVER

    Party-in-Interest - Appellee

 and

BANK OF AMERICA NA; BATTERY WEALTH MANAGEMENT LLC; BANK OF SOUTH CAROLINA; T. ALEXANDER BEARD; BERESFORD PARTNERS LP; CHARLES SCHWAB & COMPANY, INCORPORATED; MS RAU ANTIQUES LLC; DIC ACADEMY

LLC; CHARLESTON SOUTHERN UNIVERSITY; DILIP PATEL MD PC-PENSION PLAN; DILIP PATEL MD PC PROFIT SHARING PLAN; DILIP PATEL LIVING TRUST; KALPANA PATEL MD PC PROFIT SHARING PLAN; KALPANA PATEL TRUST; JENNIFER PATEL TRUST ACCOUNT NO. I; JENNIFER PATEL TRUST II; RUPAL CHINIWALA; DIKAL LIMITED PARTNERSHIP; IRREVOCABLE LIFE INSURANCE TRUST; JOINT IRREVOCABLE TRUST; SHARRDA DESAI, a/k/a Sharrda Banker; NIRAV CHINIWALA; SAMAY CHINIWALA; SIMRYN CHINIWALA; JOSEPH S. MENDELSOHN; NATIONAL BANK OF SOUTH CAROLINA; REGIONS BANK; SWISS SUPPLY DIRECT INCORPORATED; MARIAN RUTH PARISH; YOLANDA YODER; STEVEN L. SMITH; KALPANA P. PATEL; DILIP PATEL; RUPAL PATEL; JENNIFER PATEL; RAVI PATEL TRUST ACCOUNT NO. I; RAVI PATEL TRUST ACCOUNT NO. II; RUPAL PATEL TRUST I; RUPAL PATEL TRUST II; LINA MULTANI, a/k/a Lina Desai; AMI MULTANI, a/k/a Ami Desai; RITA PARIKH, a/k/a Rita Banker; G. PATEL; J.H. PATEL; S. SHAH; RITU PATEL; RAVI PATEL

Parties-in-Interest

---

RULE 42(b) MANDATE

---

This Court's order dismissing this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*